## SHAVER v. STATE.
### No. 25514.

Court of Criminal Appeals of Texas.
Nov. 28, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $100.

There are no bills of exception in the record.

The complaint and information appear regular on their face; and nothing being presented for review, the judgment of the trial court is affirmed.

## SHELTON v. STATE.
### No. 25519.

Court of Criminal Appeals of Texas.
Nov. 28, 1951.

No attorney on appeal for appellant.

Henry Wade, Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The offense is robbery. The penalty assesed is confinement in the state penitentiary for a term of 15 years.

The evidence is sufficient to support the conviction. No complaints of the rulings of the court or other matters of procedure have been brought forward by bills of exception.

The judgment is affirmed.